UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>         Plaintiff(s),<br><br>    v.<br><br>TAQUERIA SAN JOSE #1, et al.,<br><br>         Defendant(s). | No. C10-0185 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: May 12, 2010

                                                  _____
                                                  Bernard Zimmerman
                                                  United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\YATES V TAQUERIA SAN JOSE COND DISM ORD.wpd

1